**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMON WASHINGTON, | No. CV 17-2829 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, a municipal entity, LOS ANGELES POLICE DEPARTMENT OFFICER OLIVE, an individual, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's April 16, 2018 Minute Order that granted summary judgment in favor of defendant Eric Olive ("Olive") on the federal claim asserted by plaintiff Edmon Washington ("Washington") and declined to exercise supplemental jurisdiction over Washington's remaining state law claims and dismissed those claims without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Olive on Washington's claim for excessive force in violation of the Fourth Amendment pursuant to 42 U.S.C. § 1983;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Washington's remaining state law claims are dismissed without prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Washington take nothing on his federal claim and that Olive shall have his costs of suit.

DATED: April 16, 2018

                                              _____
                                                            Percy Anderson
                                            UNITED STATES DISTRICT JUDGE